UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GUADALUPE ADAMS, Individually,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No. 6:18-cv-1032 |
| | : |
| **RETAIL BUILDINGS INC.** | : |
| **A Foreign Company** | : |
| | : |
| **Defendant** | : |

JOINT STIPULATION OF
FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Guadalupe Adams ("Plaintiff") and Defendant, Retail Buildings, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)(2), stipulate to the voluntary dismissal with prejudice of the above captioned matter. The parties further agree that:

1. All of Plaintiff's claims in this Lawsuit are hereby dismissed with prejudice.

2. Each party shall bear her or its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

Dated: September 17, 2018

By: _/s/ Pete M. Monismith__

| | |
|---|---|
| Pete M. Monismith, Esq.<br>KS Bar No. 26379<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Forrest T. Rhodes, Jr., #19567<br>FOULSTON SIEFKIN LLP<br>1551 N. Waterfront Pkwy, Suite 100<br>Wichita, KS 67206<br>Ph. (316) 267-6371<br>frhodes@foulston.com<br>**Attorneys for Defendant** |

By: _/s/ Forrest T. Rhodes, Jr.